*Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ MARY B. BATTAGLIA et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 3.) (Claim No. 63617.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ A. ROEBERTA BAUMUNK, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 4.) (Claim No. 63597.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ LYLE C. BEAMISH et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 5.) (Claim No. 63595.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ LOUISE M. CAMBRIA et al., Individually and Doing Business as ACME TOP & BODY SHOP, Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 6.) (Claim No. 63548.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ VIVIAN L. DICKSON, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 7.) (Claim No. 63598.)—Judgment unanimously affirmed without costs. Same memorandum as in *Ball v State of New York* ([appeal No. 1] 134 AD2d 827 [decided herewith]). (Appeal from judgment of Court of Claims, Moriarity, J.—negligence.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.

■ SUE M. EVANS, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 8.) (Claim No. 63596.)—Judgment unan-